HEATHER M. MCMONAGLE, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| In Re: | |
|---|---|
| Janet Kelly | |
| Debtor | Chapter 13 |
| | Case Number: 16-10111-SR JKF |

### ORDER

AND NOW, this ____19th____ day of ____October____, 2017, upon the motion of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ("Plaintiff"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Plaintiff (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 182 THORNRIDGE DR, LEVITTOWN, PA 19054.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

_/s/ Jean K. FitzSimon_
_____

UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon